DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sneed<br><br>Case Below:<br>167 N.C. App. 657 | No. 601P03-2 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1746-2)<br><br>3. AG's Motion to Dismiss Appeal<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>04/06/05<br><br>3. Denied<br>04/06/05 |
| State v. Tillman<br><br>Case Below:<br>166 N.C. App. 762 | No. 594P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1427) | Denied<br>04/06/05 |
| State v. Wagner<br><br>Case Below:<br>166 N.C. App. 282 | No. 526P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-943) | Denied<br>04/06/05 |
| State v. Williams<br><br>Case Below:<br>168 N.C. App. 409 | No. 125P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-680)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Petition for Supersedeas and Motion for Temporary Stay | 1. ——<br><br>2. Allowed<br>**03/16/05**<br><br>3. Denied<br>**03/16/05**<br><br>4. Denied<br>**03/16/05** |
| State ex rel. Utils. Comm'n v. Carolina Water Serv., Inc.<br><br>Case Below:<br>165 N.C. App. 163 | No. 408P04 | Intervenor's (Monteray Shores and DeGabrielle) PDR Under N.C.G.S. § 7A-31 (COA03-896) | Denied<br>04/06/05 |
| Whitley v. Horton<br><br>Case Below:<br>168 N.C. App. 597 | No. 150P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1459) | Denied<br>04/06/05 |
| Williams v. Bell<br><br>Case Below:<br>167 N.C. App. 674 | No. 086P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA03-1538) | Denied<br>04/06/05 |